ALLEN ROBERSON v. THE STATE.

No. 5462.   Decided October 15, 1919.

**Local Option—Withdrawal of Appeal.**

Where the motion to withdraw the appeal was duly signed and verified by the appellant, the same is granted and the appeal dismissed.

Appeal from the District Court of Trinity.   Tried below before the Hon. E. A. Berry, judge.

Appeal from a conviction of a violation of the local option law; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

MORROW, JUDGE.—This conviction is for violation of the local option law prohibiting the sale of intoxicating liquors.

We find in the record a motion to withdraw the appeal, which is duly signed and verified by the appellant. The motion is granted, and the appeal dismissed.

*Dismissed.*